[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-14029

_____

BOBBY L. CANTRELL,

Plaintiff-Appellant,

*versus*

DACA SPECIALTY SERVICES,
an ASRC Industrial Services Company,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 4:18-cv-00271-TCB

_____

Before JILL PRYOR, GRANT, and HULL, Circuit Judges.

PER CURIAM:

Bobby Cantrell appeals the jury verdict in favor of his former employer, Daca Specialty Services ("DACA"), on his age discrimination claim under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621–634. On appeal, Cantrell argues that: (1) the district court abused its discretion in excluding three items of his proffered evidence of age discrimination; (2) the jury instructions were erroneous; and (3) the district court judge erred by failing to recuse himself.

After review, and with the benefit of oral argument, we conclude that Cantrell abandoned his evidentiary challenges by failing to properly raise these issues in his initial appellate brief. *See Sapuppo v. Allstate Floridian Ins. Co.*, 739 F.3d 678, 681 (11th Cir. 2014) ("We have long held that an appellant abandons a claim when he either makes only passing references to it or raises it in a perfunctory manner without supporting arguments and authority."). Cantrell also has not shown any reversible error in the district court's jury instructions or the district court judge's decision not to *sua sponte* recuse himself. Accordingly, we affirm the jury verdict. We also deny DACA's motion for sanctions against Cantrell.

**AFFIRMED.**